1   Michele Ballard Miller (SBN 104198)
     E-mail:  mbm@millerlawgroup.com
2   Matthew P. Vandall (SBN 196962)
     E-mail:  mpv@millerlawgroup.com
3   MILLER LAW GROUP
    A Professional Corporation
4   500 Sansome Street, Suite 400
    San Francisco, CA  94111
5   Tel. (415) 464-4300
    Fax (415) 464-4336
6
    Attorneys for
7   GEORGIA-PACIFIC CORRUGATED, LLC
    and GEORGIA-PACIFIC WEST, INC.
8

9

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13   ADAN CALDERON,                              Case No.: 1:08-CV-00933-LJO-GSA
                                                 (Stanislaus County Superior Court Case
14                                               No. 627164)
                    Plaintiff,
15                                               
     v.                                          **STIPULATION AND ORDER TO CONTINUE**
16                                               **HEARING ON DEFENDANTS' MOTION TO**
                                                 **DISMISS**
17   GEORGIA-PACIFIC WEST, INC.; TROY
     BERGMAN; TODD WELLS; and DOES, 1
18   through 100, inclusive,
                                                 Date:  September 3, 2008
19                                               Time:  8:30 a.m.
                    Defendants.                  Courtroom:  4
20
                                                 Complaint filed:  May 22, 2008
21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    Plaintiff ADAN CALDERON and Defendants Georgia-Pacific Corrugated LLC

2  and Georgia-Pacific West, Inc. (collectively, "Defendants"), through their respective

3  attorneys, hereby stipulate to extend the hearing date on Defendants' Motion to Dismiss

4  from September 3, 2008, to September 17, 2008.   The parties further request that the

5  briefing schedule for any opposition or reply papers be tied to the new hearing date.  This is

6  the first request for an extension by either party in this action.  This stipulated request  is

7  supported by good cause insofar as the parties mutually agree that the pursuit of early

8  settlement discussions will be aided by a short extension of the hearing date (and the

9  associated briefing schedule).  Neither party will suffer prejudice if this request is granted.

10

**SO STIPULATED.**

11

12  Dated:  August 13, 2008                     MILLER LAW GROUP
                                              A Professional Corporation
13

14                                            By: ___/s/_____
                                                   Matthew P. Vandall
15                                                 Attorneys for Defendants
                                                   GEORGIA-PACIFIC CORRUGATED LLC
16                                                 and GEORGIA-PACIFIC WEST, INC.

17

18  Dated:  August 13, 2008                     RANCAÑO & RANCAÑO
                                              A Professional Corporation
19

20                                            By: ___/s/_____
                                                   David Rancaño
21                                                 Attorneys for Plaintiff
                                                   ADAN CALDERON
22

23

**IT IS SO ORDERED.**

24

25  Dated:  _August 20, 2008___

26

27                                            By: /s/ Lawrence J. O'Neill
                                                   Hon. Lawrence J. O'Neill
28                                                 United States District Court Judge

-1-

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA