KEITH CHRESTIONSON (State Bar No. 130936)
FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: kchrestionson@foxrothschild.com

Attorneys for Defendant
Georgia-Pacific Corrugated LLC

FILED
DEC 2 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN CALDERON,<br><br>  Plaintiff,<br><br>  v.<br><br>GEORGIA-PACIFIC WEST, INC.; TROY BERGMAN; TODD WELLS; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 1:08-CV-00933-LJO-GSA<br><br>**ORDER GRANTING DISMISSAL OF ACTION**<br><br>(Joint Stipulation of Dismissal filed concurrently herewith) |

Plaintiff Adan Calderon's and Defendant Georgia-Pacific Corrugated LLC's Joint Stipulation of Dismissal, to dismiss entire matter with prejudice, came before this Court. No appearance was necessary.

After considering the Joint Stipulation of Dismissal presented to the Court, IT IS HEREBY ORDERED THAT the Stipulation is GRANTED and this entire case is dismissed with prejudice.

Dec 22, 2008

/s/ _____
US District Judge

---

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

1

JOINT STIPULATION OF DISMISSAL            CASE NO: 1:08-CV-00933-LJO-GSA